78,145-02

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## WRIT NO. WR-78,165-02

6/18/15

Abel Acosta C lerk of The
Texas Court of Criminal Appeals
201 W. 14th Street
Austin, Texas 78701

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

RE: WR-78,165-02 Chadrick B. Pate Supplements to the Record missing on The Texas Court of Criminal Appeals Website under Case Mail. (Contact with the Court on Emergency Proceedings)

Dear Mr. Acosta,

This letter is a communication to you and to The Justices pursuant to TRAP 9.6 and is filed along with the second filing of copies of supplements to the Writ filed originally on 6/9/15 and 6/11/15 that may or may not be lost in the Clerk's file.

I am the Petitioner in the above referenced Writ.

I have requested from the date of the first filing of the Original Writ on 5/19/15 and throughout these filings that the Writ be considered on an Emergency Basis. I provided good cause for the request in that the underlying Judgment A-08-5080-4CR in this Cause is Void and my son has been illegally imprisoned under this Void Judgment for more than 7 years now. I request again, in the interest of Justice and the Miscarriage of Justice already done that the Proceedings be managed as an Emergency and in a expedient manner.

I notified you first on 6/17/2015 via email and then by phone that same day, that the supplements filed in this cause under the dates of 6/9/15 and 6/11/15 had not been viewable on the Texas Court of Criminal Appeals since the 16th of June 2015.

I checked again throughout this day starting at 9 am. It is now 1 pm, and these documents are still not viewable.

These documents were all viewable prior to 6/16/15.

You took the time yesterday to try and locate the documents, but were unsuccessful. You advised me to check the website again today.

(1)

Because these Supplements to the Original and Amended Writ are "time sensitive" in that there is included in these documents an Emergency Motion for Leave to File",and because the documents were

not located via your search yesterday, I am delivering in person copies of all of the documents that I filed on 6/9/15 and 6/11/15. All of these documents were already delivered via U.S. Postal Mail to all the parties in this cause. ( There was also an Emergency Motion for Bail Relief filed on 6/2/15 that has had no action taken )

I am requesting that the Original Writ and the Amended Writ filed on 6/2/15 that is incorporated into the Original Writ filed 5/19/15 along with the copies that I am resubmitting here today and all other documents in this cause be given Preferential Treatment in the Courts Scheduling in accordance with TRAP 43.6 ( The Court may make any other appropriate order) and Tex. Govt. Code 21.001 (b) ( A Court shall require that proceedings be conducted with dignity and in an orderly and expeditious. manner and control the proceedings so that Justice may be done.

I am aware that because I am a pro se litigant that my pleadings/ filings may have not all have been done by the correct procedures, as I am unschooled in the law, and have had to figure these things out as I go I have corrected the things that I learned that I had incorrectly filed and refiled them accordingly, and have done my best. There have been 4 defense attorneys in this matter that could not "get it right". I am doing the filings myself, because "I care" and while emotional to the cause, I am also aware of the INJUSTICE done to my son.

I have provided documents from the trial court records that prove that the Judgment is Void and that my son is illegally imprisoned. It is my opinion that based on these trial court records that The State and all parties to this Cause have waived their right to offer any response, and that this Court has the inherent power to Rule and provide Relief to my son based on the trial court documents provided, The Statement of Facts, and My Sworn Statements.

I know that I have made mistakes in the filings but that is because I am not a lawyer . Lawyers study for years, and still do not apply the procedures or laws properly. I witnessed this in my son's trial and watched 4 different lawyers and 3 prosecutors fail to follow procedure.

This Court has opined that " Constitutional Rights are Superior to procedural rules and procedural rules must yield to the Superior rights provided by the Constitution. Also in TRAP rule 83 ( A judgment shall not be affirmed or reversed or an appeal dismissed for defects or irregularities in appellate procedure either of Form or Substance.

Please provide whatever and all releif requested in the filings that I have submitted starting on 5/19/15 through this date as expediously as is possible for this Honorable Court.

Respectfully,

Nena Bardin

(2)

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## WRIT NO. WR-78,165-02

## CERTIFICATE OF SERVICE

I do hereby certify that a true and original of the above and foregoing LETTER to Clerk of the Court and The Court/Justices was personally delivered to the Clerk of the Court Texas Criminal Court of Appeals on the 18th day of June, 2015 at 201 West 14th St. Austin, Texas 78701
and
sent regular mail to

The Aransas County District Attorney
301 North Live Oak Street
Rockport, Texas 78382

Judge Janna K. Whately
P O Box 700
Sinton, Texas

Texas Department of Criminal Justice
201 West 14th St 5th Floor
Austin, Texas 78701

_____
NEMA BARDIN
PETITIONER

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## WRIT NO. WR-78,165-02

## CERTIFICATE OF SERVICE

I do hereby certify that a true and original of the above and foregoing LETTER to Clerk of the Court and The Court/Justices and
copies of all supplements filed on 6/9/15 and 6/11/15 to Writ WR-78,165-02

was personally delivered to the Clerk of the Court Texas Criminal Court of Appeals on the 18th day of June, 2015 at 201 West 14th St. Austin, Texas 78701

Nema Bardin
Petitioner

IN THE TEXAS COURT OF CRIMINAL APPEALS
WR-78,165-02

# TABLE OF CONTENTS

TABLE OF CONTENTS

LETTER TO CLERK AND JUSTICES/COURT

6/9/15 COPIES OF SUPPLEMENTS TO THE RECORD THAT INCLUDE

EMERGENCY MOTION FOR LEAVE TO FILE

SUPPLEMENT TO ORIGINAL AND AMENDED WRIT ADDING PARTIES

AND

6/11/15 COPIES OF SUPPLEMTNS TO THE RECORD THAT INCLUDE

COMPLETED AND SIGNED CERTIFICATE OF SERVICE ORGINALLY FILED 6/2/15 BUT NOT SIGNED FOR THE AMENDED EMERGENCY WRIT OF HABEAS CORPUS

REFILED EXHIBITS # 15 AND #20 TO ORIGINAL AND AMENDED WRITS

COMPLETED SIGNED AND NOTARIZED OATH ORIGINALLY FILED 6/2/15 BUT NOT SIGNED OR NOTARIZED FOR THE AMENDED EMERGECNY WRIT OF HABEAS CORPUS

6/9/15

Supplement To Original (and)
Amended
Emergency H.C. Adding All
Parties

Letter          (1)

Cover sheet - Supp. To Original
Amended Emergency Writ    (1)

Letter explains that
failing to provide          (1)
Cert. of Service
to all parties added

Table of Contents    (1)

Letter Pls ~~provide~~ file    (1)
Cert. of Service
with 6/2/15 Writ

Cert of Service    (2)

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
## WRIT NO. WR-78,165-02  CHADRICK B. PATE

*Adds Parties &
encloses - COS to the
parties added*

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14ᵗʰ Street
Austin, Texas 78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re: Supplement To Original and Amended Emergency Habeas Corpus Proceedings in WR-78,-165-02 Chadrick B. Pate

Dear Mr. Acosta,

Please find enclosed "Supplement To Original and Amended Emergency Habeas Corpus Proceedings that adds parties to the Writ and provides a Certificate of Service to all parties added to the previously filed documents referenced above. It was a failure/oversight that I did not serve the parties, as I was unsure of the proper procedure calling for service to these parties. Please file this Supplement under WR-78,165-02 immediately. All parties listed in the Supplement have now been served (See enclosed Certificate of Service).

Thank You,

Nema Bardin
Petitioner
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com
6-9-2015

r.

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BAR DIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

EX PARTE.
CHADRICK B PATE  TDCJ #01563340
APPLICANT REALTOR

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

*SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS IN WR-78-165-02 CHADRICK B PATE*

COVER SHEET

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

| | |
|---|---|
| EX PARTE | FROM CAUSE NO. A-08-5080-4CR |
| CHADRIC K B PATE  TDCJ #01563340 | THE DISTRICT COURT 36TH JUDICAL |
| APPLICANT REALTOR | DISTRICT ARANSAS COUNTY, TEXAS |

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

### *SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS IN* WR-78,-165-02 CHADRICK B. PATE

## TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, Petitioner Nema Bardin pro se on behalf of Applicant Chadrick B. Pate and respectfully submits this supplement to the Original and Amended Emergency Habeas Corpus filings in WR-78, 165-02 Chadrick B. Pate.

The supplement is brought to add all named parties identified above and in the list that follows.

JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

Petitioner is unschooled in the proper procedures of the Honorable Court and while she is not sure she has interpreted the rules correctly for the rules of services, in an abundance of caution, she respectfully request this Court to allow her to add the parties in order that she does not abuse any procedures that would require the dismissal of the Writ for her failures. The Applicant deserves relief as he has been incarcerated for more than 7 years pursuant to an illegal conviction and judgment founded on Violations of his Constitutional Due Process Rights, Fraud on the Court by the Court, and for the Officer's of the Court Tampering with the Government/Court Record, in Cause A-08-5080-4CR Chadrick B. Pate, from the 36th Judaical District Court, Aransas County Texas.

Respectfully Submitted,

Nema Bardin
Petitioner pro se

1



Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas  78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re: Supplement To Original and Amended Emergency Habeas Corpus Proceedings in WR-78,-165-02
Chadrick B. Pate

Dear Mr. Acosta,

Please find enclosed " Supplement To Original  and Amended Emergency Habeas Corpus Proceedings

that adds parties to the Writ and provides a  Certificate of Service to  all parties added to the

previously filled documents referenced above. It was a failure/oversight that I did not serve the parties,

as I was unsure of the proper procedure calling for service to these parties. Please file  this Supplement

under WR-78, 165-02 immediately. All parties listed in the Supplement have now been served (See

enclosed Certificate of Service).

Thank You,

Nema Bardin
Petitioner
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com
6-9-2015

I.

IN THE COURT OF CRIMINAL APPEALS  AUSTIN, TEXAS

WRIT  NO. WR-78,165-02

PETITIONER PRO SE
NEMA BAIR DIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

EX PARTE                                          FROM CAUSE NO. A-08-5080-4CR
CHADRICK B PATE  TDCJ #01563340          THE DISTRICT COURT 36TH JUDICAL
APPLICANT REALTOR                               DISTRICT ARANSAS COUNTY, TEXAS

                VS.
*JANNA K. WHATELY TRIAL JUDGE*
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE.

## TABLE OF CONTENTS

### SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY  HABEAS CORPUS PROCEEDINGS IN WR-78-165-02 CHADRICK B PATE

## TABLE OF CONTENTS

### LETTER TO CLERK

### COVER SHEET

### SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY  HABEAS CORPUS PROCEEDINGS IN

### WR-78,-165-02 CHADRICK B. PATE

### LETTER TO CLERK REQUESTING ( ADD CERTIIFCATE OF SERVICE DOCUMENT TO ORIGINAL

### HABEAS FILED JUNE 02, 2015

### CERTIFICATE OF SERVICE SERVED ON ADDED PARTIES IN ORIGINAL WRIT FILED JUNE 02, 2015

### CERTIFICATE OF SERVICE ON SUPPLEMENT TO ORIGINAL AND AMENDED EMERGENCY

### HABEAS CORPUS

1.

N THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
WRIT NO. WR-78,165-02  CHADRICK B. PATE

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14ᵗʰ Street
Austin, Texas 78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re:WR-78,165-02 CHADRICK B. PATE  Certificate of Service  serving all parties added to Writ
Proceedings WR-78,165-02.

Dear Mr. Acosta,

Please file the  enclosed Certificate of Service with the Writ WR-78,165-02 filed on June 02, 2015 .

Thank You,

Nema Bardin
Petitioner
6-9-2015

1.

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BAR DIN
P.O. BOX 772
AUSTIN, TEXAS 78767
bardinnema@yahoo.com

EX PARTE
CHADRICK B PATE  TDCJ #01563340
APPLICANT REALTOR

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the following instruments Writ of Habeas Corpus WR-78,165-02, and Amended Emergency Writ of Habeas Corpus were sent regular mail to the following parties that have been added to these Original Habeas Corpus Proceedings. The copies were mailed on this 9th day of June with proper postage affixed to same.

Aransas County District Clerk's Office
Pam Heard
301 North Live Oak
Rockport, Texas 78382

Office of the Aransas County District Attorney
301 North Live Oak Street
Rockport, Texas 78382

Jana K. Whately Trial Judge
P O Box 700
Sinton, Texas 78797

Texas Department of Criminal Justice
TDJC Executive Director Brad Livingston
209 West 14th Street
5th Floor Price Daniel Bldg.
Austin, Texas 78701
512-463-9988

NEMA BARDIN
PETITIONER

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

EX PARTE
CHADRICK B PATE  TDCJ #01563340
APPLICANT REALTOR

VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

## CERTIFICATE OF SERVICE

### SUPPLEMENT TO ORIGINAL and AMENDED EMERGENCY HABEAS CORPUS PROCEEDINGS
### IN WR-78,165-02 CHADRICK B. PATE

I do hereby certify that a true copy of the above and foregoing "Supplement To Original Habeas Corpus Proceedings'"
were mailed regular mail with the proper postage affixed on this 9th day of June 2015 to the following parties,

Aransas County District Clerk 's Office
Pam Heard
301 North Live Oak
Rockport, Texas 78382
State of Texas
Office of the Aransas County District Attorney
301 North Live Oak Street
Rockport, Texas 78382

Jana K. Whately Trial Judge
P O Box 700
Sinton, Texas 78797

1..



## CERTIFICATE OF SERVICE CONTINUED

Texas Department of Criminal Justice
TDJC Executive Director Brad Livingston
209 West 14th Street
5th Floor Price Daniel Bldg.
Austin, Texas 78701
512-463-9988

I do hereby certify that a true and original of the above and foregoing "Supplement To Original and Amended Emergency Habeas Corpus Proceedings" was personally hand delivered by me to the Clerk of The Texas Court of Criminal Appeals at 201 West 14th Street, Austin, Texas 78701, on the 9th day of June, 2015

Nema Bardin Petitioner

2.

6/9/15

EMERGENCY Motion FOR
Leave TO File

Letter (1)
TABLe of Contents (2)
Copy of above letter (1)
Cover Sheet Em.Mot. Leave ToFile
Motion (4)
ORDER (1)
Certificate of Sus. (2)
OATH (1)

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
## WRIT NO. WR-78,165-02  CHADRICK B. PATE

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas  78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re: "Emergency Motion for Leave to File" in previously filed  Original and Amended Emergency Habeas Corpus Writ No. WR-78,165-02

Dear Mr. Acosta,,

Please find enclosed the "Emergency Motion for Leave to File" in previously filed Writs pursuant to WR-78,165-02. Please file this Motion right away as it is time sensitive.

Nema Bardin
Petitioner
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

6/9/15

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

| | |
|---|---|
| EX PARTE | FROM CAUSE NO. A-08-5080-4CR |
| CHADRICK B PATE TDCJ #01563340 | THE DISTRICT COURT 36TH JUDICAL |
| APPLICANT REALTOR | DISTRICT ARANSAS COUNTY, TEXAS |

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## TABLE OF CONTENTS
## EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND BAIL SEEKING RELIEF FROM A VOID FINAL JUDGMENT AND CONVICTION IN CAUSE NO. A-08-5080-4CR.

TABLE OF CONTENTS 2 pages

LETTER TO CLERK OF THE COURT 1 page

COVER SHEET 1 page

EMERGENCY MOTION FOR LEAVE TO FILE 4 pages

JURISDICTION PAGE 2 & 3

PROCEDURAL HISTORY PAGE 2

REASON TO FILE AS EMERGENCY PAGE 3

ADEQUATE REMEDY          PAGE 3

1.

**TABLE OF CONTENTS CONTINUED PAGE 2**

**CONCLUSTION PAGE 4**

**PRAYER  PAGE 4**

**PROPROSED ORDER 1 page**

**CERTIFICATE OF SERVICE 2 pages**

**PETITIONER'S OATH 1 page**

2.

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
WRIT NO. WR-78,165-02  CHADRICK B. PATE

Clerk of The Texas Court of
Criminal Appeals Austin, Texas
201 West 14th Street
Austin, Texas  78701

Nema Bardin
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

Re: "Emergency Motion for Leave to File" in previously filed Original and Amended Emergency
Habeas Corpus Writ No. WR-78,165-02

Dear Mr. Acosta,

Please find enclosed the "Emergency Motion for Leave to File" in previously filed Writs pursuant to
WR-78,165-02. Please file this Motion right away as it is time sensitive.

Nema Bardin
Petitioner
P O Box 772
Austin, Texas 78767
512-487-0197
bardinnema@yahoo.com

6/a/15

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com


EX PARTE                                          FROM CAUSE NO. A-08-5080-4CR
CHADRICK B PATE  TDCJ #01563340    THE DISTRICT COURT 36TH JUDICAL
APPLICANT REALTOR                          DISTRICT ARANSAS COUNTY, TEXAS

          V.S..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE


<u>EMERGENCY MOTION FOR LEAVE TO FILE</u>

   IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND
EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND  BAIL
SEEKING RELIEF FROM  A VOID FINAL JUDGMENT AND CONVICTION  IN CAUSE NO.
A-08-5080-4CR



COVER SHEET




1.

## IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS
## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com


EX PARTIE                                    FROM CAUSE NO. A-08-5080-4CR
CHADRICK B PATE  TDCJ #01563340              THE DISTRICT COURT 36TH JUDICAL
APPLICANT REALTOR                            DISTRICT ARANSAS COUNTY, TEXAS

        VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE


## EMERGENCY MOTION FOR LEAVE TO FILE

**IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND BAIL SEEKING RELIEF FROM A VOID FINAL JUDGMENT AND CONVICTION IN CAUSE NO. A-08-5080-4CR**


PURSUANT TO ARTICLE V. SECTION 5 OF THE TEXAS CONSTITUTION AMENDMENTS 1, 5, 6. and 14 OF THE UNITED STATES CONSTITUTION TEXAS COMMON LAW AND INHERENT POWER VESTED IN THE TEXAS COURT OF CRIMINAL APPEALS


### TO THE HONORABLE JUDGE OF SAID COURT:


NOW COMES, Petitioner Nema Bardin on behalf of Applicant Chadrick B. Pate prisoner illegally confined at the Stiles Unit, Beaumont Texas pursuant to an illegal and void Judgment and Conviction and respectfully submits this **Emergency Motion** Under Trap Rule 72 **For Leave To File Original Writ Of Habeas Corpus** in Cause No. WR-78,165-02 **And Amended Emergency Application For Original Writ Of Habeas Corpus.**

1.

**And Motion for Temporary Relief for Bail Seeking Relief from Void Final Judgment and Conviction.**

## JURISDICTION

The Court of Criminal Appeals has Original Jurisdiction under Article V, Section Five of the Texas Constitution ,Amendments 1, 5, 6 and 14 of the United States Constitution, Texas Common Law, and this Courts Inherent Power. State v. Johnson, 821 S W 2d 609. 612 Tx. Crim. App. 1991, and Exparte Young 418 SW 2d 824,827 1968.

## PROCEDURAL HISTORY

The Original Writ of Habeas Corpus WR-78,165-02 lays out the procedural history before it's May 19th filing into this Honorable Court. Some of that history is included herein.

The Initial Habeas Corpus filed pursuant to the Void Judgment in Trial Court Cause No. A-08-5080 -4CR 36th Judicial District Court Aransas County, Texas and made returnable to this court pursuant to Article 11.07 No. WR-78,165-01 received no "adjudication on the merits " by this court, and the trial court refused the Writ without findings or holding a hearing. On Dec. 5, 2014 Applicant Pate filed into the trial court a "Motion to Vacate Void Judgment" pursuant to Article 11.07 Jurisdiction. That court when they were asked stated that they filed the Motion but to date have not acknowledged the motion in any way. Applicant did amend that Motion on the 5th Day of January 2015 and asked numerous times for a decision between the the 5th day of December 2014, and the 5th day of January 2015.

Finally on May 19th because that court ignored the motion, Petitioner filed the above mentioned Writs and Motions into this Court. Applicant Pate deserved a "hearing" on the merits of his Initial 11.07 Writ and on his "Motion to Vacate Void Judgment" and was denied such hearing.

Petitioner filed ORIGINAL PROCEEDING in this Court Writ No. WR- 78,165-02 on May 19th, 2015

2.

and then AMENDED EMERGENCY HABEAS CORPUS WRIT (with bail request) filed on June 02, 2015. Each filing was delivered by Petitioner in person to the Clerk of this Court. Petitioner is filling Pro Se, and unschooled in the law and did not realize that it was a required procedure that a "MOTION FOR LEAVE TO FILE" must accompany the "ORIGINAL WRIT OF HABEAS CORPUS". Petitioner is still not sure that she has interpreted Rule 72 as a necessary procedure but in an abundance of caution to avoid any procedural default files this " EMERGENCY MOTION FOR LEAVE TO FILE" incorporating this Motion with all other Writs and or Motions previously filed pursuant to Writ No. WR-78,165- 02, and Trial Court Cause NO. A-08-5080-4CR, CHADRICK B. PATE.

## REASON FOR FILING AS AN EMERGENCY

Because Petitioner failed to file this "Motion for Leave to File " may be the reason that the Original Writ has not been submitted to a Justice for a determination. Petitioner requests that this Motion and all Writs and Motions filed in this cause be submitted to a Justice on an Emergency basis and that a determination be made expeditiously. It has been 19 days since the Original Writ was filed with no action having been taken by this Court. While Petitioner understands that her inability to file the paperwork properly at times in this cause has probably delayed the submission to the Justices it makes Applicant Pates illegal incarceration no less important or illegal. Applicant Pate has been illegally incarcerated for more than 7 years and Petitioner has offered up the proof of his illegal incarceration, conviction and judgment by submitting the Trial Courts own Records . Any delay in making a determination on these matters only prolongs applicant's misery and allows the continuation of the abuse of Applicant's rights to "due process" and the right to his liberty. Petitioner contends that this Honorable Court has the power to **on it's own motion** or by suspending certain rules can grant the relief that Applicant deserves in a much more expedious way than the tedious and time consuming

3.

requirements of each and every procedure required by the Rules of Appellate Procedure, and specially in light of the Trial Court and State's illegal abuse of procedures used to convict Applicant of a crime he did not commit. Applicant believes that under normal circumstances that The Writ of Habeas Corpus is and expedient process for most prisoners, but the subject of these proceedings are not normal circumstances, these are Extraordinary Circumstances, and deserve Extraordinary Attention and Determinations.

## ADEQUATE REMEDY

This Court opined in Smith v. Flack 728 S W 2d : "In some cases, a remedy at law may technically exist; however, it may nevertheless be so uncertain, tedious, burdensome, slow, inconvenient, inappropriate or ineffective as to be deemed inadequate." *Id.,* 728 S.W.2d at 792. With this in mind Petitioner request that this Honorable Court will provide relief to Applicant in a way that allows it's authority to move expeditiously and finally. Applicant is aware that Mandamus might have also been a remedy that she could have applied for, but is unsure of that option being as expeditious as Habeas relief. If Mandamus is a more expeditions option, then perhaps this Honorable Court has the option of construing Petitioner's Writ as such.

## CONCLUSION

Because Pro Se Petitioner has brought a reasonable argument for good reason to grant "Motion for Leave to File" then this Honorable Court should do so in an expedious manner.

## PRAYER

Petitioner prays that this Honorable Court grant her Motion for Leave to File all documents in Writ Cause No. WR-78,165-02, and to grant any other relief that this Honorable Court has the authority to grant that Applicant is due and deserves.

4.

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

EX PARTE
CHADRICK B PATE  TDCJ #01563340
APPLICANT REALTOR

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## ORDER

### EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND BAIL SEEKING RELIEF FROM A VOID FINAL JUDGMENT AND CONVICTION IN CAUSE NO. A-08-5080-4CR.

After considering the Emergency Motion for Leave to File by Petitioner in Writ No. WR-78,165-02,

and for good cause appearing, IT IS HEREBY ORDERED that said Motion is hereby GRANTED.

IT IS SO ORDERED.

Date: June _____ 2015

_____
Honorable Judge_____
Judge of The Texas Court of
Criminal Appeals

1.

# CERTIFICATE OF SERVICE

## IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-487-0197
bardinnema@yahoo.com

EX PARTE
CHADRICK B PATE TDCJ #01563340
APPLICANT REALTOR

FROM CAUSE NO. A-08-5080-4CR
THE DISTRICT COURT 36TH JUDICAL
DISTRICT ARANSAS COUNTY, TEXAS

VS..
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## CERTIFICATE OF SERVICE

## EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND
EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND BAIL
SEEKING RELIEF FROM A VOID FINAL JUDGMENT AND CONVICTION IN CAUSE NO. A-08-5080-4CR.

I do hereby certify that a true copy of the above and foregoing "Emergency Motion for Leave to File" was mailed regular mail with the proper postage affixed on the 9th day of June, 2015 to the following parties, and a true original "Emergency Motion for Leave to File" was personally delivered by Petitioner to Clerk of The Texas Court of Criminal Appeals at 201 West 14th Street, Austin, Texas 78701.

## PARTIES

Aransas County District Clerk's Office
Pam Heard
301 North Live Oak
Rockport, Texas 78382

Office of the Aransas County District Attorney
301 North Live Oak Street
Rockport, Texas 78382

1.

Jana K. Whately Trial Judge
P O Box 700
Sinton, Texas 78797

Texas Department of Criminal Justice
TDJC Executive Director Brad Livingston
209 West 14th Street
5th Floor Price Daniel Bldg.
Austin, Texas 78701
512-463-9988

NEMA BARDIN
PETITIONER

2.

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO. WR-78,165-02

PETITIONER PRO SE
NEMA BARDIN
P.O. BOX 772
AUSTIN, TEXAS 78767
512-497-0197
bardinmema@yahoo.com

| | |
|---|---|
| EX PARTE<br>CHADRICK B PATE  TDCJ #01563340<br>APPLICANT REALTOR | FROM CAUSE NO. A-08-5080-4CR<br>THE DISTRICT COURT 36TH JUDICAL<br>DISTRICT ARANSAS COUNTY, TEXAS |

VS.
JANNA K. WHATELY TRIAL JUDGE
STATE OF TEXAS
DIRECTOR OF TEXAS DEPT.
CRIMINAL JUSTICE

## PETITIONER'S OATH
## EMERGENCY MOTION FOR LEAVE TO FILE

IN PREVIOUSLY FILED ORIGINAL WRIT OF HABEAS CORPUS WR-78,165-02 AND EMERGENCY APPLICATION FOR ORIGINAL WRIT OF HABEAS CORPUS AND BAIL SEEKING RELIEF FROM A VOID FINAL JUDGMENT AND CONVICTION IN CAUSE NO. A-08-5080-4C R

STATE OF TEXAS
COUNTY OF TRAVIS

I **Nema Bardin**, being duly sworn, under oath says" I am the petitioner in this matter and I know the contents of the above "Emergency Motion For Leave To File", and according to my belief, the facts stated in the document are true.

_____
N**ema Bardin Petitioner**

Subscribed and Sworn To Before me on June 9th, 2015.

_____
**NOTARY PUBLIC**

N. A. CADENA
Notary Public, State of Texas
My Commission Expires
October 20, 2018

1.

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO.      WR-78, 165-02

EX PARTE
CHADRICK B. PATE TDCJ NO. 01563340
APPLICANT

NEMA BAIRDIN
PETITIONER
V.
JUDGE JANNA K. WHATELY

FROM THE DISTRICT COURT
36TH JUDICIAL DISTRICT
ARANSAS COUNTY, TEXAS
CAUSE NO. A-08-5080-4CR

## EMERGENCY MOTION FOR RELEIF
### REQUEST FOR IMMEDIATE BAIL DECISION AND IMMEDIATE RELEIF
## PURSUANT TO THE UNDERLYING ORIGINAL EMERGENCY WRIT FOR HABEAS CORPUS WR-78.165-02

## COVER SHEET

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 02 2015

Abel Acosta, Clerk

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO.     WR-78, 165-02

EX PARTE
CHADRICK B. PATE TDCJ NO. 01563340
APPLICANT

FROM THE DISTRICT COURT
36TH JUDICIAL DISTRICT
ARANSAS COUNTY, TEXAS
CAUSE NO. A-08-5080-4CR

NEMA BARDIN
PETITIONER
V.
JUDGE JANNA K. WHATELY

## EMERGENCY MOTION FOR RELEIF
### REQUEST FOR IMMEDIATE BAIL DECISION AND IMMEDIATE RELEIF
*PURSUANT TO THE UNDERLYING ORIGINAL EMERGENCY WRIT FOR HABEAS*
CORPUS

## TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Petitioner Nema Bardin on behalf of Applicant Chadrick B. Pate and respectfully

submits this Emergency Motion for Relief pursuant to and on the Original Writ of Habeas Corpus

filed in this Court on May,19th, 2015 .AND Amended Emergency Original Writ of Habeas Corpus filed

on this date June 02, 2015 seeking relief from Cause No. A-08-5080-4CR a Void Judgment,

Sentence and Conviction ordered in the 36th Judicial District Trial Court Aransas, County Texas, and

certified by Trial Judge Janna K. Whately. Because the Trial Court Judgment in Cause No: A-08-5080-

4CR is Void for lack of Jurisdiction, Fraud on the Court, and Tampering with a Trial Court Government

Record then this Motion also pertains to relief from Cause No. WR-78.-165-01 The Intial Writ of

Habeas Corpus filed into this Court on or about 6/21/2011 and was denied on 3/6/2013 without

1

written order by Judge Cochran, and from Cause No. 13-09--00112CR affirmed 10/27/2010 from the Thirteenth District Court of Appeals.

These two judgments are void because they each flow from the illegal and Void Trial Court Judgment in A-08-50180-4CR. Chadrick B. Pate .

## JURISDICTION

Because this Motion flows from the filing of Petitioner's Original Writ of Habeas Corpus it has jurisdiction for the same reasons it has Jurisdiction over the Original Writ filed on the 19th day of May 2015 and Amended Writ filed on this date June 02, 2015 pursuant to Article V Section 5 of the Texas Constitution and Amendments 1, 5, 6 and 14 of the U. S. Constitution . **See Exparte Thompson 273 S. W. 3d 177, 181 (Tex. Crim. App.2008) showing this court to have general jurisdiction over Original Habeas Corpus See Tex Const. Article V**

## STATEMENT OF THE CASE

Petitioner Nenna Bardin filed an Original Writ of Habeas Corpus in this Court on May 19th, 2015, and then filed an amended Writ on June 02, 2015 by hand delivering it and speaking personally with Mr. Abel Acosta Clerk for the Texas Criminal Court of Appeals. Petitioner asked to speak with Mr. Acosta in order to explain that the Writ being filed was not a 11.07 Writ and therefore not a Second or Successive Petition under 11.07. Petitioner explained the nature of the Writ and why it was being filed as an Original Writ under this Courts inherent power and jurisdiction to provide the relief requested. Mr. Acosta took the Document after reviewing some of the paperwork with Petitioner and stated that he would file it. On May 22nd, 2015 after checking her mail box, Petitioner found that there was no notification from the Court providing notice that the Documents had been filed. Because Petitioner's address is local she called Mr. Acosta to inquire about the filing of the documents. He stated that she should have received a post card. A conversation regarding the filing and docketing and the rules and

2.

procedures that are required on the kind of Writ that Petitioner filed left Petitioner confused. Because Petitioner was told that there were no deadlines for the Court to make a decision on the Writ that she had filed, and because she was told that the Case No. for the Writ that she filed was the same as the Initial Writ that Applicant Pate had filed with the exception of the last two digits, Petitioner was in a quandary, and decided that she had better study the Trap rules more thoroughly. Petitioner checked her mail again on May 23, 2015 and the Post Card had still not arrived at her downtown P O Box 772 Austin, Texas. After reviewing the Trap Rules, Petitioner felt that there should be a requirement on the time frame for a decision on the Serious Matter of a Writ that challenged the Judgment of the Trial Court as being Void for Lack of Jurisdiction. Petitioner filed an Amended Emergency Writ of Habeas Corpus on this date June 02, 2015 hand delivered to the Clerk and has at the same time filed this Emergency Motion for Releif also hand delivered on June 02, 2015 to the Clerk.

It is not Petitioner's intent to overide this Court with endless Petitions/Motions, it is only her intent to follow the procedures (although as a layman they are incredibly confusing to her) she does not want the Writ to be denied for failure to follow the rules or procedures. Applicant lost his liberty because the trial court purposely failed to follow the rules and the procedures required of them. Petitioner does not question that Mr. Acosta is not following the rules. She is sure that he is, but because she has no idea which rules that are being followed then she has determined it best to file this "Motion for Emergency Relief", with the hope that the Original Writ of Habeas Corpus will not be denied for her failure in misunderstanding the Trap Rules and Procedures/Protocols that the Clerk's Office uses to see that these kinds of Writs are filed and journaled properly and expeditiously.

The Petitioner has filed her Original Writ for Habeas Corpus into the proper Court **See Thompson 273 S W 3d 177, 181 (Tex. Crim. App. 2008).**

If what Mr. Acosta says is true, that the Court has no time limit for a decision on the Writ, and it could be years before a decision, then Petitioner and Applicant do not have an adequate remedy for relief.

3

See **In re Mc Cann 422 S W 3d 201 (Tex. 2013)** showing:that the remedy is not adequate if the remedy is: uncertain, tedious, burdensome, slow, inconvenient or, inappropriate, then it is deemed to be ineffective (quoting from **Greenwell v. Court of Appeals for the Thirteenth Judicial Dist. 159 S. W. 3d 645.,648-9 (Tex. Crim. App 2005).**

With this in mind Petitioner respectfully request that this Court take immediate action and grant Applicant **Bail on a Personal Recognizance Bond** freeing him from incarceration until which time this Court can reach a decision on the merits of the Petitioner's claims and that immediate action be taken on this Motion and on the Original Writ of Habeas Corpus filed on the 19th day of May 2015. and the Writ filed amending on this date June 02, 2015..

More than a (14) days have passed since the filing of the Original Writ, and Applicant has been illegally restrained for 7 years.

Petitioner has supported the Writ with undeniable proof that the Trial Court Tampered with the trial court records, violated Applicant's right to a fair and impartial trial, lied to jurors held ex parte hearings

and manipulated the Judicary in order to obtain an illegal conviction over Applicant. Applicant has' provided the trial courts own records that prove the claims that she has made. Applicant received no fair and impartial trial, opportunity to be heard and notice at the sham trial. The trial court violated Applicant's U. S Constitutional Due Process rights, under the Texas Constitution.. See **Winters v. Presiding Judge of Criminal Dist. Court No. Three of Tarrant County 118 S W 34.**

If Petitioner has failed to follow any rules or procedures, this Motion nor the Original Writ should be denied for such a failure. In **Judge Acala's dissent in the case of Tyrone Casey Sledge citing Ex Parte Graves. 70 S W 3d 103-107-(Tex. Crim. App 2013) she concluded:** that the purpose of the Habeas Statute was to limit subsequent writs to regulate the influx of applications raising claims that were only recently cognizable rather than to limit the traditional common law claim that the trial court

4

lacked jurisdiction over the case. She concluded that The legislature may not withhold the right of

habeas corpus Tex. Const. Art. 1, 12 (The Writ of Habeas Corpus is a Writ of right and shall never be

suspended..)


## CONCLUSION

Petitioner's filing of the Original Writ of Habeas Corpus presents not only exceptional

circumstances for which relief should be granted, but it should be granted to meet the very ends

of justice.. Because the Texas Court of Criminal Appeals is the last resort and State remedy for relief

from a Judgment that is Void for Lack of Jurisdiction, and because to deprive Applicant of his only

effective State remedy would not only be contrary to the rudimentary demands of justice but

destructive of a constitutional guaranty specifically designed to prevent injustice, and because The

Writ lies as a traditional civil remedy for the enforcement of the right, to personal liberty , not a stage

of the state criminal proceedings or as an appeal therefrom , and because The Court of Criminal

Appeals may take action authorized by constitutional provision, and under common law, and it's

inherent and implied power, this Motion for Emergency Relief should be granted and The Original

Writ requesting relief should be heard as an emergency and all relief requested in the Writ should be

granted.

5

## PRAYER

Petitioner prays that this Honorable Court will hear and grant and issue Order on this Motion for Emergency Releif immediately providing for BAIL on a Personal Recognizance Bond and that it issue Order to rule on Petitioner's Original Writ of Habeas Corpus and grant all relief requested there-in and do so within 7 days of this filing.

Petitioner prays that this Honorable Court by granting such requested relief will at least see that Applicant's Liberty is restored quickly and unconditionally.

## Certificate of
## Compliance

Petitioner has telephoned the District Clerk of Aransas County, The Disctrict Attorney of Aransas County, Judge Janna K. Whately and the Director of TDCJ and notified each of them that this Emergency Motion for Relief would be filed. Petitioner spoke with a staff member in each instance and provided the notification, however Cookie at the Director's office could not hear me due to some kind of telephone interference. Petitioner made every effort to notify.

Nema Bardin
Petitioner
dated  6/2/2015

7.

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

EXPARTE
CHADRICK B. PATE
TDCJ 01563340
APPLICANT/REALTOR

FROM THE DISTRICT COURT
36TH JUDICIAL D ISTRICT
ARANSAS COUNTY TEXAS
CAUSE NO. A-08-5080-4CR

W.

PRESIDING JUDGE JANNA K. WHATELY

## CERTIFICATE OF SERVICE

I do hereby certify that a true original of the above and foregoing

Emergency Motion for Relief was personally hand delivered on the 2nd day of June 2015 to The

Texas Court of Criminal Appeals Clerk's Office at 201 W. 14th Street, Austin Texas 78701.

Nema Bardi, Petitioner

8

6/11/15

Completed & Signed
Certificate of Service
for
6/2/15
Mailed to all Parties

---

Refiled Exhibits
# 15 & 20
to Org. & Amended HC.
5/15 - 6/2

---

OATH Properly Completed
for
6/2/15
Mailed to all parties

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO.   WR-78, 165-02

EX PARTE
CHADRICK B. PATE TDCJ NO. 01563340
APPLICANT

NEMA BARDIN
PETITIONER
V.
JUDGE JANNA K. WHATELY

FROM THE DISTRICT COURT
36TH JUDICIAL DISTRICT
ARANSAS COUNTY, TEXAS
CAUSE NO. A-08-5080-4CR

PETITIONER'S INFORMATION

NEMA BARDIN
P. O. Box 772
Austin, Texas 78767
512-487-0197 cell

## CERTIFICATE OF SERVICE   11th 715   Amended 71s

I do hereby certify that a true original of the above and foregoing Application of Emergency Original Habeas Corpus was personally hand delivered on the 2ND day of JUNE, 2015 to The Texas Court of Criminal Appeals Clerk's Office at 201 W. 14th Street Austin, Texas 78701 and sent regular mail to:

JUDGE JANNA K. WHATELY
P.O. BOX 700
SINTON TEXAS 79387-0700

ARANSAS COUNTY DISTRICT CLERK'S OFFICE
301 NORTH LIVE OAK STREET
ROCKPORT, TEXAS 78382

PAGE 1 OF 2

# CERTIFICATE OF SERVICE

**ARANSAS COUNTY DISTRICT ATTORNEY**
**301 NORTH LIVE OAK STREET**
*ROCKPORT, TEXAS 78382*

NEMA BARDIN
PETITIONER

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

### WRIT NO.    WR-78, 165-02

EX PARTE
CHADRICK B. PATE TDCJ NO. 01563340
APPLICANT

NEMA BARDIN
PETITIONER
V.
JUDGE JANNA K. WHATELY

FROM THE DISTRICT COURT
36TH JUDICIAL DISTRICT
ARANSAS COUNTY, TEXAS
CAUSE NO. A-08-5080-4CR

## OATH

STATE OF TEXAS,
COUNTY OF TRAVIS

I NEMA BARDIN BEING DULY SWORN, UNDER OATH SAYS: I AM THE PETITIONER IN THIS AMENDED EMERGENCY ORIGINAL HABEAS CORPUS ACTION AND KNOW THE CONTENTS OF THE ABOVE APPLICATION FOR WRIT OF HABEAS CORPUS AND, ACCORDING TO MY BELIEF, THE FACTS STATED IN THE APPLICATION ARE TRUE.

NEMA BARDIN PETITIONER

SUBSCRIBED AND SWORN TO BEFORE ME JUNE 02, 2015

NOTARY PUBLIC

N. A. CADENA
Notary Public, State of Texas
My Commission Expires
October 20, 2018

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO.

EX PARTE

CHADRICK B PATE

TDCJ #0 1563340

FROM THE THE DISTRICT COURT

36TH JUDICIAL DISTRICT

ARANSAS COUNTY, TEXAS

CAUSE NO. A-08-5080-4CR

COVER SHEET

EXHIBIT    15

MASTER INDEX CHRISTOPER HALL REPORTERS RECORD 1-11 PAGE 2

EX # 15

44,275-04 ①

# REPORTER'S RECORD

## VOLUME _1_ OF _11_ VOLUMES

### Trial Court Cause Number A-08-5080-2-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| VS. | * | ARANSAS COUNTY, TEXAS |
| CHRISTOPHER JOSEPH HALL | * | 36TH JUDICIAL DISTRICT |

--------------------------------

### MASTER INDEX

--------------------------------

**ORIGINAL**

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2011

Louise Pearson, Clerk

# T A B L E   O F   C O N T E N T S

VOLUME 1: Master Index

VOLUME 2: Pretrial Motions (3-13-08) —Cochran Way (Hall please?

*Wwas There* VOLUME 3: Announcement (9-25-08) State MSC granted by severance held over Reset Trial date 11/3/08 Pretrial for 10/23

VOLUME 4: Pretrial Hearing (10-23-08)

VOLUME 5: Pretrial Hearing (11-25-08) Missing Pre Trial for — 02/05/09 see Ex #14

VOLUME 6: Jury Trial -- Voir Dire Proceedings (2-9-09)

VOLUME 7: Jury Trial -- Guilt/Innocence (2-9-09)

VOLUME 8: Jury Trial -- Guilt/Innocence (2-10-09)

VOLUME 9: Jury Trial -- Guilt/Innocence (2-11-09)

VOLUME 10: Jury Trial -- Guilt/Innocence (2-12-09)

VOLUME 11: Jury Trial -- Punishment-Sentencing (2-13-09)
Trial Exhibits
-o0o-

Should Show 12 Volumes Not 11 Volumes 12th Volume purposefully Not Included see different Cause No. So -08-5080-2

Shows only 11 Volumes but see

EX# 14 Reporter's Record Volume 5-A of 11 under Cause #'S-08-5080-2 [not listed with Table of Contents] 2/5/09 Pretrial

EX#

**Scanned Jan 26, 2012**

## CAUSE NO. A-08-5080-2-CR(HC3)

| | | |
|---|---|---|
| **EX PARTE:** | ( | **IN THE DISTRICT COURT** |
| | ) | **36TH JUDICIAL DISTRICT** |
| **CHRISTOPHER JOSEPH HALL** | ( | **ARANSAS COUNTY** |

### INDEX

Index .......................................................... i

Order from Court of Criminal Appeals ............................ 1

Correspondence to Judge and District Attorney ................... 4

Order Appointing Attorney ...................................... 5

Order from District Court Judge Janna K. Whatley ............... 6

Indictment 4.25 6/24 ........................................... 8

Affidavit of Indigence with Order Appointing Counsel 8-10 3/13/08 ... 11

Fax Notification of Appointment. *Mr. ender Cochran* ............. 17

Receipt for Capias and Precept from Sheriff Department 6/25 .... 19

Correspondence to Attorney ..................................... 20

Capias Returned Served ......................................... 21

Precept Returned Served ........................................ 22

Correspondence from Defendant .................................. 23

Waiver of Arraignment 2/7/08 ................................... 25

Motion for Discovery with Order 7/7 7/21 *grated* 7/24 ......... 27

Motion for Authorization to Expend Funds for Investigator 7/21 *grant* 7/24 ... 39

Correspondence from Defendant .................................. 41

Motion for Continuance 7/31 Cochran. *granted* *gr.* 7/7 ....... 43

Order on Motion for Continuance *granted* 7/31 ................. 44

Order on Motion for Authorization to Expend Funds for Investigator ... 46

Setting Notice ................................................. 47

Motion to Sever 8/5 ............................................ 48

States Mtro for cont 9/25

Defendant's Application for Subpoena ........................... 50

i

Court # pre endorsed Motion to withdraw whs Cochran States — pend PT 10/23 Ann 10/30/08 Trva 11/3 order granted 10/15 whb

**Scanned  Jan 26, 2012**

State's Application for Subpoena ................................................ 185

Subpoena Returned Served
    Justin Padgett ............................................................. 161

Motion to Suppress Photographic Identification ............................... 162

State's Application for Subpoena ............................................. 165

Subpoena Returned Served
    Jennifer Leyva ............................................................ 167
    Roy Lyle ................................................................. 168
    Ernest Solis ............................................................. 169

Defendant's Election as to Punishment ....................................... 170

Jury Chosen ................................................................ 170

Jury Note 1 ................................................................ 178

Charge of the Court ........................................................ 179

Verdict .................................................................... 191

Jury Note 1 ................................................................ 193

Punishment Charge .......................................................... 194

Verdict .................................................................... 198

Trial Court's Certification of Defendant's Right of Appeal .................. 199

Order to Withhold .......................................................... 200

Notice of Appeal filed Pro Se .............................................. 201

Order Appointing Counsel ................................................... 202

Notice of Appeal to Court of Appeals ....................................... 203

Notice of Appeal ........................................................... 204

Written Designation Specifying Matters for Inclusion in Clerk's Record ...... 205

Request for Preparation of Reporter's Record and Designation of Matters
to be Included ............................................................. 210

Amended Notice of Appeal to Court of Appeals ............................... 212

Correspondence to Court of Appeals ......................................... 213

Correspondence from Court of Appeals ....................................... 214

Correspondence from Defendant .............................................. 216

iv

**Scanned  Jan 26, 2012**

Correspondence to Defendant .............................................................. 217

Judgment of Conviction by Jury; Sentence by Jury to Institutional Division, TDCJ ...... 218

Receipt for Pen Packet ...................................................................... 223

Notice from Court of Appeals ............................................................... 224

Claim for Felony/Juvenile Attorney Fees ................................................... 225

Correspondence from Defendant ............................................................ 228

Cover Letter ................................................................................ 229

Order from 13ᵗʰ Court of Appeals ........................................................... 230

Notice of Setting ........................................................................... 233

Correspondence from Defendant ............................................................ 234

Order Allowing Withdrawal of Counsel and Appointing New Counsel ...................... 236

Affidavit of Indigence with Order Appointing Counsel ...................................... 238

Fax Notification of Appointment ............................................................ 243

Cover Letter from Court of Appeals ......................................................... 243

Judgment and Opinion from Court of Appeals (Withdrawn) ................................ 244

Cover Letter from Court of Appeals ......................................................... 277

Judgment and Opinion from Court of Appeals ............................................... 278

Claim for Felony/Juvenile Attorney Fees .................................................... 309

Correspondence from Defendant ............................................................ 310

Correspondence to Defendant .............................................................. 312

Correspondence from Court of Appeals ..................................................... 313

Mandate .................................................................................... 314

Court Docket Sheet ......................................................................... 315

Certification ................................................................................ 319

v

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

## WRIT NO.

EX PARTE

CHADRICK B PATE

TDCJ #01563340

FROM THE THE DISTRICT COURT

36TH JUDICIAL DISTRICT

ARANSAS COUNTY, TEXAS

CAUSE NO. A-08-5080-4CR

COVER SHEET

EXHIBIT    20

REPORTERS RECORD VOLUME 6 OF 9  PAGE 221 LINES 1-25 CHADRICK PATE

# R E P O R T E R ' S    R E C O R D

## VOLUME 6 OF 9 VOLUMES

### Trial Court Cause Number A-08-5080-4-CR

| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
|---|---|---|
| | * | |
| VS. | * | ARANSAS COUNTY, TEXAS |
| | * | |
| CHADRICK B. PATE | * | 36TH JUDICIAL DISTRICT |

---

### JURY TRIAL
### Guilt/Innocence

---

## A P P E A R A N C E S

COUNSEL FOR THE STATE:
   MR. MARCELINO RODRIGUEZ
   MS. RETHA CABLE
   ASSISTANT DISTRICT ATTORNEY
   36th Judicial District
   San Patricio County Courthouse
   P. O. Box 1393
   Sinton, Texas       78387
   Tel:   361-364-6220
   Fax:   361-364-4978
   SBN:   24046959
          00785741

COUNSEL FOR THE DEFENDANT:
   MR. JOHN S. GILMORE
   ATTORNEY AT LAW
   P. O. Box 276
   622 South Tancahua
   Corpus Christi, Texas       78403
   Tel:   361-882-4378
   Fax:   361-882-3635
   SBN:   07958500

   On the **10th** day of **February, 2009,** the following proceedings came on for trial in the above-entitled and numbered cause in said Court, **HONORABLE JANNA K. WHATLEY,** Judge Presiding, held in Rockport, Aransas County, Texas: Proceedings were reported by machine shorthand.

THE COURT: We haven't talked about your client yet, so.

MR. GILMORE: Well, Judge, anything he says is hearsay as to my client. Anything that Mr. Hall says --

MS. CABLE: -- as to Chadrick Pate, Judge, as far as that goes, but I ask to be able to get into the admissions made by this defendant, Christopher Hall.

MR. GILMORE: May we approach the bench?

*(The following discussion was had at the bench.)*

MR. GILMORE: Then I ask the Court to sever Mr. Pate from this case at this time because they're going to get into evidence that's not admissible against him and is going to be used against him. So I object and I'd ask for a severance.

MS. CABLE: I believe that can be cured by an instruction, Judge. They can be tried together and there can be an instruction as to the jury not considering that against Chadrick Pate.

THE COURT: See, I'm at such an unfair advantage. I have no idea what this guy's going to say and do. I don't know how I'm going to make a ruling on this because I have no idea what he's going to tell us.

MS. CABLE: He's basically going to say, Judge, that he was contacted by Michael Underwood and